Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Jamie P. Leavitt, Esq.
Nevada Bar No. 16268
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
jleavitt@bhfs.com

*Attorneys for Higher Education Loan Authority of the State of Missouri*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>    Defendants. | Case No. 2:24-cv-00117-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

### STIPULATION

Plaintiff Joshua Smith ("Plaintiff") and Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On January 17, 2024, Plaintiff filed his Complaint For Damages and Demand for Jury Trial (the "Complaint"). ECF No. 1.

2. On or about January 24, 2024, Plaintiff served a copy of the Complaint on MOHELA.

3. The current deadline for MOHELA to respond to Plaintiff's Complaint is February

27267060

1  14, 2024.

2      4.    Plaintiff has agreed to grant an extension for MOHELA to answer or otherwise plead in response to the Complaint, to allow MOHELA to collect and review its internal files pertaining to the allegations in the Complaint.

5      5.    MOHELA shall have up to, and including, March 11, 2024, in which to answer or otherwise plead in response to Plaintiff's Complaint.

7      6.    This stipulation is brought in good faith by all parties and not for purposes of delay. This extension will not result in any undue delay in the administration of this case.

9      7.    This is the first request for extension of time requested by the parties with respect to responding to the Complaint.

DATED this 8th day of February, 2024.

*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
Freedom Law Firm
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123

*Attorney for Plaintiff*

DATED this 8th day of February, 2024.

*/s/Patrick J. Reilly*
Patrick J. Reilly, Esq.
Jamie P. Leavitt, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2/13/2024

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

27267060

- 2 -