Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Jamie P. Leavitt, Esq.
Nevada Bar No. 16268
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
jleavitt@bhfs.com

*Attorneys for Higher Education Loan Authority of the State of Missouri*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA SMITH,<br><br>          Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>          Defendants. | Case No. 2:24-cv-00117-JCM-BNW<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI** |

## **STIPULATION**

Plaintiff Joshua Smith and Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") hereby stipulate and agree to dismiss with prejudice MOHELA from the above-entitled action, with each party to bear his or its own respective attorney's fees and costs of suit.

This Stipulation shall have no effect on claims asserted by Plaintiff against other parties in this action.

/ / /

/ / /

27802680

MOHELA's Motion to Dismiss (ECF No. 18) is hereby withdrawn.

DATED this 18th day of March, 2024.

*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
Freedom Law Firm
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123

*Attorney for Plaintiff*

DATED this 18th day of March, 2024.

*/s/Patrick J. Reilly*
Patrick J. Reilly, Esq.
Jamie P. Leavitt, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Defendant Higher Education Loan Authority of the State of Missouri*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2024

27802680

- 2 -