George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Joshua Smith*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joshua Smith,<br><br>            Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc. and Higher Education Loan Authority of the State of Missouri,<br><br>            Defendants. | Case No.: 2:24-cv-00117<br><br>**Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(b)** |

On February 9, 2024, Trans Union LLC appeared in this case and the Court set a deadline to file a proposed discovery plan and scheduling order by March 25, 2024. Accordingly, Joshua Smith, Trans Union LLC and Equifax Information Services LLC (collectively as the "Parties"), by and through their respective counsel, hereby submit this Joint Discovery Plan and Scheduling Order. The parties will require 180 days of discovery measured from the date that Trans Union LLC, filed its answer to Plaintiff's complaint.

## DISCOVERY PLAN

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures ………………... April 9, 2024
2. Amend pleadings and add parties .. May 9, 2024
3. Expert disclosures (initial): ……… July 10, 2024
4. Expert disclosures (rebuttal): ……. August 12, 2024
5. Discovery cutoff date: …………… November 8, 2024
6. Dispositive motions: …………….. December 10, 2024
7. Pretrial order …………………….. March 4, 2025

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until **30 days after** decision on the dispositive motions or until further order of the court.

<u>Pretrial Disclosures</u>: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

<u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

<u>Protective Order</u>: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents.

Additionally, the parties are not seeking documents or information protected by privilege or otherwise exempted from discovery under the Federal Rules of Civil Procedure or other laws.

The parties agree that following service of any interrogatory response or document production form which some or all information or documents are withheld on the basis of privilege, the parties will confer on the scope of the interrogatories and/or requests for production, the need to limit the scope of same, and any need for privilege logs.

The parties agree that there may be a need for discovery in this case to be governed by a protective order. If the parties agree concerning the need for and scope and form of such a protective order, their counsel will confer and then submit a jointly proposed protective order to the Court at such time. If the parties disagree concerning the need for, and/or the scope or form of a protective order, the party or parties seeking such an order shall file an appropriate motion and supporting memorandum.

The parties agree to limit the number of Requests for Production to forty (40) per party.

<u>Electronic Service</u>: The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email.

<u>Alternative Dispute Resolution Certification</u>: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not reached any stipulations at this stage.

<u>Alternative Forms of Case Disposition Certification</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

<u>Electronically Stored Information:</u> The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or on a cd is sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.

The parties do not believe that this case is suitable for discovery of electronically stored information in native format but state that production of any

relevant electronically stored information in hard copy (PDF or other similar means) has been sufficient in prior similar FCRA cases.

<u>Electronic evidence conference certification:</u> The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method as this early stage.

Dated: March 22, 2024.

**FREEDOM LAW FIRM**

*/s/ Gerardo Avalos*
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff Joshua Smith*

**SKANE MILLS LLP**

*/s/ Sarai L. Thornton* .
Sarai L. Thornton, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
*Counsel for Trans Union LLC*

**CLARK HILL, PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
1700 South Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services, LLC*

## SCHEDULING ORDER

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED:  3/26/2024