Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Jamie P. Leavitt, Esq.
Nevada Bar No. 16268
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
jleavitt@bhfs.com

*Attorneys for Higher Education Loan Authority of the State of Missouri*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA SMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION  SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00117-JCM-BNW<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** |

　　　　Defendant Higher Education Loan Authority of the State of Missouri, by and through its counsel of record, Patrick J. Reilly, Esq., of Brownstein Hyatt Farber Schreck, LLP, hereby brings this *Ex Parte* Motion to Remove Counsel From CM/ECF Service List.

　　　　The basis of this Motion is that Defendants Higher Education Loan Authority of the State of Missouri, were dismissed from this action on March 21, 2024 pursuant to Order Withdrawing [Docket 18] Motion to Dismiss and Order Granting Stipulation Dismissing with Prejudice Higher Education Loan Authority of the State of Missouri [Docket 21].

　　　　Therefore, it is no longer necessary that Patrick J. Reilly, Esq., and Dominique Hoskins, of Brownstein Hyatt Farber Schreck, LLP receive CM/ECF notice and hereby request that they be

1

removed from the CM/ECF service list.

DATED this 27th day of March, 2024.

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Jamie P. Leavitt, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106

*Attorneys for Higher Education Loan Authority of the State of Missouri*

### ORDER

IT IS SO ORDERED.

DATED this 28 day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing ***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** was served via electronic service on March 11, 2024, to the addresses shown below:

George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
(702) 880-5554
info@freedomlegalteam.com

*Attorneys Plaintiff Joshua Smith*

/s/ Dominique Hoskins
Dominique Hoskins, an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

27901716

- 1 -