George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Joshua Smith*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joshua Smith, | Case No.: 2:24-cv-00117 |
| Plaintiff, | **Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |
| v. | |
| Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc. and Higher Education Loan Authority of the State of Missouri, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Joshua Smith and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///

///

///

_____
STIPULATION                      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 3, 2024.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Joshua Smith*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: June 5, 2024

STIPULATION                                          - 2 -